■ In the Matter of the Intermediate Accounting of MINNIE SCHWAN, as Administratrix of the Estate of MINNA M. HIPP, Deceased, Respondent. HATTIE PHILLIPSON, Appellant; JOHN C. TOAZ, as Special Guardian of ANNA H. JACK, Respondent.—Appeal by an objectant from so much of a decree of the Surrogate's Court, Suffolk County, as adjudges four persons to be first

cousins of the intestate, and appellant to be a first cousin once removed and therefore not entitled to share in the estate. Decree insofar as appealed from unanimously affirmed, without costs. The evidence adduced is sufficient to sustain the determination. Present—Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See *post,* pp. 959, 964.]